IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST TIME VIDEOS LLC, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | Magistrate: |
| v. | ) | |
| | ) | |
| JOHN DOE, | ) | [Case pending in the U.S. District Court |
| | ) | for the Eastern District of Virginia, |
| | ) | Case No. 2:11-CV-00690] |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

Plaintiff FIRST TIME VIDEOS LLC respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), to enter an Order compelling COMCAST CABLE COMMUNICATIONS LLC ("Comcast") to comply with a subpoena *duces tecum* issued on January 10, 2012, with respect to the above-referenced matter currently pending in the U.S. District Court for the Eastern District of Virginia. Plaintiff seeks to obtain identifying information associated with internet service account subscribers including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address pursuant to a subpoena *duces tecum* served on Comcast on January 12, 2012.

Pursuant to Local Rule 37.2, after consultation by telephone and good faith attempts to resolve differences, the parties resolved one objection by Comcast. The undersigned counsel for First Time Videos LLC and John D. Seiver, counsel for Comcast held a telephone consultation on February 13, 2012 at or around 3:00 p.m. Good faith attempts by the parties were able to resolve one of the objections raised by Comcast, but the parties were unable to reach an accord on the remaining objections.

WHEREFORE, Plaintiff respectfully requests an order compelling Comcast to comply with the subpoena.

Respectfully submitted,

FIRST TIME VIDEOS LLC

**DATED: February 15, 2012**

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 15, 2012, copies of the foregoing document were served via First Class Mail, Postage Prepaid to:

John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue, NW
Washington, D.C. 20006-3401
*Attorney for Comcast Cable Communications LLC*

By: /s/ Paul Duffy
     Paul Duffy